# In the United States Court of Federal Claims

Aaron West
                    Plaintiff(s),

v.

THE UNITED STATES,
                    Defendant.

Case No. 22-1740 T

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

IRS discrimination me how i talk and they give me hard time to update my 1040X IRS Caused physical harm and request for ADA accommodation but they give me hard time make fun of me in background on phone

2. **PARTIES**

Plaintiff, Aaron West , resides at 2136 Aldrin Rd Apt 5A
(Street Address)

ocean NJ 07712                                                9086019950
(City, State, ZIP Code)                                       (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims? ☐ Yes ☐ No

If yes, please list cases: in the US tax court

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

discrimination me how i talk under the ADA policy
i request for ADA accommodation alot of time on phone

A-6

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

i want IRS update all my new 1040x and i want relief like moeny and i want all my refund back in 2021 they took my mony to pay i already won im not own anything in NJ but IRS took it

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21__ day of __11__, __22__.
(day)            (month)           (year)

_____
Signature of Plaintiff(s)