# In the United States Court of Federal Claims

No. 22-1740

Filed: January 19, 2023

| | |
|---|---|
| AARON WEST, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

On November 21, 2022, plaintiff Aaron West, proceeding *pro se*, filed an *in forma pauperis* application with this Court. *See* Application to Proceed *In Forma Pauperis*, ECF No. 2. On January 19, 2023, the Court held a telephonic status conference.

Pursuant to discussions held during that conference and for good cause shown, the Court **GRANTS** plaintiff's Application to proceed *in forma pauperis* and **STAYS** defendant's Answer to the Complaint. The Court will have a telephonic status conference on **Wednesday, February 8, 2023 at 4:00 p.m. EST**.

**IT IS SO ORDERED.**

*Loren A. Smith*

Loren A. Smith,
Senior Judge